**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Laturus Montrail STONE,**
**Defendant–Appellant.**

**No. 06–13599**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 13, 2007.

Kenneth Frank Gray, Jr., Griffin & Associates, Hoover, AL, for Defendant–Appellant.

Gregory Ryan Dimler, Birmingham, AL, for Defendant–Appellant.

Before BIRCH, BLACK and CARNES, Circuit Judges.

PER CURIAM:

Kenneth F. Gray, appointed counsel for Laturus Montrail Stone in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stone's conviction and sentence are **AFFIRMED**.